For the reasons stated above, we affirm.

Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J., concur.

**STATE of Missouri, Respondent,**

v.

**Philip J. SPITLER, Appellant.**

**WD 79285**

Missouri Court of Appeals,
Western District.

Filed: March 21, 2017

Christian Lehmberg, Columbia, MO, for appellant

Rachel S. Flaster, Jefferson City, for respondent

Before Division Three: Alok Ahuja, P.J., and Victor C. Howard and James E. Welsh, JJ.

### ORDER

PER CURIAM:

Following a jury trial in the Circuit Court of Cass County, Appellant Philip

Spitler was convicted of one count of felony first-degree property damage and one count of misdemeanor stealing. The convictions were based on an accomplice-liability theory. Spitler appeals. He argues that the evidence was insufficient to support his first-degree property damage conviction, because there was no evidence that he knew that the principal offender intended to damage the property at issue. Spitler also contends that the trial court plainly erred in failing to declare a mistrial, or instruct the jury to disregard, following the erroneous admission of a hearsay statement by his co-perpetrator implicating Spitler. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 30.25(b).